COPIES MAILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOLO OBI OMOR,

                        Plaintiff,

       -against-

SERA SECURITY SERVICES, LLC and
SHAQUAN LONDEN,

                      Defendants.
------------------------------------------------------------x

1:14-cv-2602 (ALC)(FM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

5-5-15

**ANDREW L. CARTER, JR., United States District Judge:**

This matter was referred to Magistrate Judge Frank Maas pursuant to Orders dated November 19 and 20, 2015. Magistrate Judge Maas issued a Report and Recommendation ("R&R") on April 15, 2015 recommending the complete dismissal of this action, and that with respect to Plaintiff's federal claims, such dismissal be with prejudice.

Despite notification of the right to object to the R&R, no objections were filed. When no objection is made, the Court subjects the R&R to a clear error review. *Arthur v. Goord*, No. 06 Civ. 326, 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection is made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting *Figueroa v. Riverbay Corp.*, No. 06 Civ. 5364, 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). The Court's review finds no clear error.

In light of the foregoing, the Court ADOPTS Magistrate Judge Maas' R&R. Under Fed. R. Civ. P. 12(b)(6), the Court hereby DISMISSES Plaintiff's federal claims WITH PREJUDICE and DISMISSES his remaining claims. The Clerk of Court is respectfully directed to close this

case from the Court's active docket.

**SO ORDERED.**

Dated:   New York, New York
        May 5, 2015

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**

2